```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160
4
5  Attorney for Defendant
   BENJAMIN SOTO
6
7                IN THE UNITED STATES DISTRICT COURT
8               FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
11 UNITED STATES OF AMERICA,    )  No. CR. S-13-032-TLN
                                )
12              Plaintiff,      )
                                )  STIPULATION AND ORDER VACATING
13     v.                       )  DATE, CONTINUING CASE, AND
                                )  EXCLUDING TIME
14 BENJAMIN SOTO,               )
   JOAQUIN SOTO,                )
15              Defendants.     )  Date:  July 11, 2013
                                )  Time:  9:15 a.m.
16 _____)  Judge: Honorable Judge Nunley
```

17

18 **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

19 OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos,

20 Counsel for Defendant JOAQUIN SOTO; Attorney CHRIS COSCA for BENJAMIN SOTO;

21 that the status conference scheduled for May 9, 2013, be vacated and the

22 matter be continued to this Court's criminal calendar on July 11, 2013, at

23 9:15 a.m, for further status.

24     This continuance is requested by the defense in order to permit

25 client consultation, continue to review discovery, continue ongoing

26 conduct investigation, and negotiate with the Government regarding

27 possible settlement.

28     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the July 11, 2013 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: May 3, 2013  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
JOAQUIN SOTO

Dated: May 3, 2013  /S/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
BENJAMIN SOTO

Dated: May 3, 2013  /S/ Olusere Olowoyeye
OLUSE RE OLOWOYEYE
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 8, 2013

Troy L. Nunley
United States District Judge