BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2891
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00032 TLN |
|---|---|
| Plaintiff, | **UNITED STATES' MOTION TO DISMISS CHARGES AS TO BENJAMIN SOTO** |
| v. | |
| BENJAMIN SOTO | |
| Defendant. | |

Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Olusere Olowoyeye, hereby moves, consistent with the Principles of Federal Prosecution, to dismiss without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure the charge in the Indictment against defendant Benjamin Soto.

//

//

//

//

//

//

//

//

This motion is based on defense information and investigation obtained during post-Indictment investigation, including matters not available to the government until after formal charging had occurred. After reviewing that information, the government presently believes that it is in the interest of justice to dismiss the charges pending against defendant Benjamin Soto, without prejudice.

Respectfully Submitted,

Dated:  July 10, 2013

BENJAMIN B. WAGNER
United States Attorney

/S/
Olusere Olowoyeye
Assistant United States Attorney

## ORDER

Based on the government's motion, it is hereby ordered that the charges in the Indictment in Court Case No. 2:13-CR-00032 TLN, as to defendant Benjamin Soto solely, are dismissed without prejudice.

DATE:  July 10, 2013

Troy L. Nunley
United States District Judge