BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2891
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUL 1 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN SOTO, <br><br> Defendant. | CASE NO. 2:13-CR-00032 TLN <br><br> **ORDER RELEASING DEFENDANT BENJAMIN SOTO** |

## ORDER

Based on the dismissal of his charges on Court Case No. 2:13-CR-00032 TLN, it is hereby ordered that the defendant Benjamin Soto be released from federal custody.

DATE: July 11, 2013

_____
HON. TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE