DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
JOAQUIN SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | No. 2:13-cr-032-TLN |
| v. | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| JOAQUIN SOTO, Defendants. | Date: Sept. 12, 2013<br>Time: 9:30 a.m.<br>Judge: Honorable Judge Nunley |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOAQUIN SOTO; that the status conference scheduled for August 29, 2013, be vacated and the matter be continued to this Court's criminal calendar on September 12, 2013, at 9:30 a.m, for further status/possible change of plea.

This continuance is requested by the defense in order to permit counsel to finalize changes to the proposed plea agreement and to review these changes with the client.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the September 12, 2013 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Aug. 26, 2013

/S/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
JOAQUIN SOTO

Dated: Aug. 26, 2013

/S/ Olusere Olowoyeye
OLUSERE OLOWOYEYE
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: August 26, 2013

Troy L. Nunley
United States District Judge